# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| CEDRIC GREENE,<br>       Plaintiff, | Case No. 1:20-CV-702<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| GREYHOUND LINES, INC.,<br>       Defendants | **ORDER** |

Plaintiff, a resident of Los Angeles, California, has filed a complaint alleging a claim of negligent infliction of emotional distress against Greyhound Lines, Inc. ("Greyhound"). The incident that plaintiff complains about occurred in 2015 in Oakland, California. (Doc. 6).

The venue provision applicable to this action is 28 U.S.C. § 1391(b), which provides that civil suits may be brought only in the judicial district where (1) any defendant resides, if all defendants are residents of the State in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which an action may otherwise be brought. In this case, plaintiff fails allege the residency of defendant Greyhound. It is clear, however, that a substantial part of the events giving rise to plaintiff's claim occurred in the Northern District of California. There are no allegations that any of the events at issue occurred in the Southern District of Ohio. Therefore, this case is properly venued in the Northern District of California as opposed to the Southern District of Ohio where this Court is located. *See* 28 U.S.C. § 84.

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). As the Southern District of Ohio is the improper venue for plaintiff's claims against the defendants, the Court shall

transfer this action to the Northern District of California for further proceedings.

Accordingly, the Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the Northern District of California for all further proceedings.

**IT IS SO ORDERED**.

Date: 10/28/2020

Karen L. Litkovitz
United States Magistrate Judge