UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>        Plaintiff,<br><br>    v.<br><br>GREYHOUND LINES INC.,<br><br>        Defendant. | Case No. 20-cv-07613-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 12 |

On October 30, 2020, Magistrate Judge Thomas S. Hixon issued a Report and Recommendation, recommending that plaintiff's application to proceed *in forma pauperis* be granted and the Complaint be dismissed without leave to amend. Dkt. No. 12. On the same day, Magistrate Judge Hixson's Report and Recommendation was served by mail on plaintiff. Objections were due on or before November 16, 2020. As of today's date, no objection or other response have been filed by either party.

Magistrate Judge Hixson's Report and Recommendation finds that plaintiff's claim appears to be time-barred because the events at issue in this case occurred over five years ago. Additionally, given plaintiff's allegations that he was aware of his injury at the time it occurred, he cannot successfully toll the statute of limitations.

Having reviewed the records in this case, I agree with Magistrate Judge Hixson's Report and Recommendation and adopt it in every aspect. This case is DISMISSED without leave to amend.

**IT IS SO ORDERED.**

Dated: December 1, 2020



WILLIAM H. ORRICK
United States District Judge